IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHERRI C. VONSTADEN,

    Plaintiff,                      No. CIV S-04-2318 GGH

    vs.

JO ANNE B. BARNHART,
Commissioner of Social
Security,

    Defendants.               <u>ORDER</u>

_____/

        On April 8, 2005, plaintiff was ordered to show cause, within twenty (20) days, why this case should not be dismissed for failure to serve the complaint within 20 days from the filed date of the complaint (November 1, 2004). On May 16, 2005, plaintiff's counsel filed a response, indicating that he accepts responsibility and apologizes for the failure to serve. He indicates that he has had administrative difficulties. Plaintiff's response will be accepted.

        Accordingly, IT IS ORDERED that:

        1. The show cause order, filed April 8, 2005, is discharged.

\\\\\

\\\\\

\\\\\

1

1        2. Within 20 days from this order, plaintiff shall complete service of process, and
2  serve a copy of this order on defendant. The remainder of the scheduling order shall remain in
3  effect.
4  DATED: 5/31/05

5                                        /s/ Gregory G. Hollows
6                                    UNITED STATES MAGISTRATE JUDGE

GGH:076
7  vonstaden2318.svc